DAVID S. RANDALL, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Argued October 27, 1891; decided December 1, 1891.)

APPEAL from award made by the Board of Claims December 19, 1888.

*Charles F. Tabor, Attorney-General,* for appellant.

*Melvin F. Stephens* for respondent.

Agree to affirm; no opinion.
All concur.
Award affirmed.